BRAC, DEMANDANTE Y APELANTE, *v.* RAFAEL OJEDA Y SU ESPOSA, DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, sobre memorándum de costas en pleito sobre inexistencia de contrato, etc.

No. 1914.—Resuelto en julio 11, 1919.

COSTAS—DESEMBOLSOS—HONORARIOS DE ABOGADOS—SENTENCIA.—De acuerdo con la Ley No. 15, de noviembre 19, 1917, la condena de costas comprende también el pago de los desembolsos necesariamente hechos por la parte a quien fueron concedidas y el de los honorarios de su letrado, por lo que no cometió error la corte inferior al aprobar la partida de honorarios de abogado del demandado en el presente caso, por cuanto el apelante fué condenado a pagar costas, estando ya en vigor la ley ya citada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Enrique Rincón.*

Abogados de los apelados: *Sres. Eduardo Acuña y Adrián Agosto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

La Corte de Distrito de San Juan, Sección Primera, dictó sentencia en este pleito en 31 de mayo de 1918, declarando sin lugar la demanda con las costas al demandante. Presentado después por el demandado su *memorandum* de las costas causadas incluyó en él una partida de $500 por los honorarios de su abogado la que impugnó el demandante fundándose en que la sentencia no le condenó al pago de honorarios de abogado. La corte inferior la aprobó, sin embargo, teniendo en cuenta la ley aplicable tal como se encuentra enmendada y los trabajos realizados por los abogados según consta en el procedimiento pero la rebajó a la cantidad de $400, resolución que fué apelada por el demandante.

Cuando se dictó la sentencia que condenó al demandante al pago de costas estaba en vigor la Ley No. 15 de 19 de noviembre de 1917 que enmendando el artículo 339 del Código de Enjuiciamiento Civil, la ley de marzo 18, 1908, y derogando expresamente toda ley o parte de ella que se opusiere a dicha ley dispuso que las costas se reclamarán por la parte a la cual hayan sido concedidas, entregando al secretario de la corte en que se hubiere dictado sentencia en primera instancia un *memorandum* de dichas costas, de los desembolsos necesariamente hechos por el reclamante en el pleito y del montante de los honorarios de su letrado, la veracidad del cual *memorandum* deberá ser jurada por la parte o su abogado. Contiene esa ley otros particulares que no necesitamos consignar ahora y la disposición de que nada . de lo en ella contenido podrá entenderse en el sentido de permitir que los honorarios de abogados se incluyan en las costas impuestas contra un demandado que no hubiere comparecido en el pleito o procedimiento.

De acuerdo, pues, con la Ley No. 15 citada, la condena de costas comprende también el pago de los desembolsos necesariamente hechos por la parte a quien fueron concedidas y el de los honorarios de su letrado por lo que no cometió error la corte inferior al aprobar la partida de honorarios de abogado del demandado por cuanto el apelante fué condenado a pagar costas.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, y Hutchison.

El Juez Presidente Sr. Hernández no tomó parte en la resolución de este caso.